**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GENE STILP, | | No. 4:20-CV-01277 |
| Plaintiff, | | (Judge Brann) |
| v. | | |
| BOROUGH OF LEWISBURG, | | |
| Defendant. | | |

## ORDER

**AND NOW**, this 21st day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.   Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), Doc. 11, is **GRANTED**.

2.   Plaintiff's motion for a preliminary injunction, Doc. 9, is **DENIED AS MOOT**.

3.   The case is dismissed WITHOUT prejudice and the Clerk of Court is directed to **CLOSE** the case file.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge